Case No. 07-B-13481 (MG)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the Matter of

MAYNE MILLER,

                                                                       Debtor

---

NOTICE OF APPEAL

---

MAYNE MILLER

21-55 45th Road, 2nd Floor
Long Island City, New York
Mail: P.O. Box 8050, G.P.O.
New York, NY 10116
(718) 472-1900
Attorney–Debtor

---

To: Jeffrey L. Sapir
399 Knollwood Road
White Plains, NY 10603
(914) 328-7272
Chapter 13 Trustee


United States Trustee's Office
33 Whitehall Street
New York, NY 10004
(212) 510-0500

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of

MAYNE MILLER,

                          Debtor

Case No. 07-B-13481(MG)
Chapter 13

**NOTICE OF APPEAL TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK FROM AN ORDER OF THE BANKRUPTCY COURT OF THE SOUTHERN DISTRICT OF NEW YORK**

The Debtor, MAYNE MILLER, hereby appeals to the United States District Court for the Southern District of New York from the Order of the Bankruptcy Court entered on the 28th day of February, 2008, denying reconsideration of the Order entered on the 1st day of February, 2008, dismissing the Debtor's bankruptcy case on motion of the Chapter 13 Trustee pursuant to 11 U.S.C. § 1307(c)(1), (3), and (4), from said Order entered on the 1st day of February, 2008, and from each and every part thereof.[1] The parties to the Orders appealed from and the names and addresses of their respective attorneys are as follows:

      Mayne Miller, Debtor *pro se*, 21-55 45th Road, 2nd Floor, Long Island City, New York, Mail: P.O. Box 8050, G.P.O., New York, NY 10116, (718) 472-1900.
      Jeffrey L. Sapir, 399 Knollwood Road, White Plains, NY 10603, (914) 328-7272, Chapter 13 Trustee.
      United States Trustees' Office, 33 Whitehall Street, New York, NY 10004, (212) 510-0500.

Dated: New York, New York
       March 6, 2008

/s/ Mayne Miller
MAYNE MILLER
21-55 45th Road, 2nd Floor
Long Island City, New York
P.O. Box 8050, G.P.O.
New York, NY 10116
(718) 482-3989
Attorney–Debtor-Appellant

---

[1] The Debtor reserves his rights pursuant to §8003(c) of the Federal Rules of Bankruptcy Procedure.