UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Mayne Miller

08 Civ. 4305 (JGK)
08 Civ. 4306 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Appellee should respond to the Appellant's motion for reconsideration of the dismissal and motion for consolidation (Docket #3 in 08 Civ. 4305) by Wednesday July 16, 2008. The Appellant may reply by Monday July 21, 2008.

Time for the Appellant to file the brief on appeal, 08 Civ. 4306, is extended 21 days.

SO ORDERED.

Dated: New York, New York
       July 2, 2008

John G. Koeltl
United States District Judge