UNITED STATES DISTRICT Y COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:
**MAYNE MILLER,**

                                                  Case No.1:08-CV-04305
                    Debtor         Case No.1:08-CV-04306

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
**MAYNE MILLER,**

                    Appellant         <u>Hon. John G. Koeltl</u>

     v.

**JEFFREY L. SAPIR,**

                    Appellee

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### AFFIDAVIT OF MAILING

STATE OF NEW YORK         )
COUNTY OF WESTCHESTER   )  ss.:

       Lois Rosemarie Esposito, being duly sworn, deposes and says:

       I am not a party to the action herein, I am over the age of 18 years and reside in the County of Westchester, State of New York.

       On August 5th, 2008 I served a true copy of **Appellee's Memorandum of Law** to the herein listed parties at the address(es) designated for that purpose, by mailing same in a properly sealed envelope with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York as follows:

Mayne Miller, Esq.
P.O. Box 8050 G.P.O.
New York, New York 10116

Mayne Miller, Esq.
21-55 45th Road
Long Island City, New York 11101

Mitofsky, Shapiro, Neville & Hazen, Esqs.
152 Madison Avenue
New York, New York 10016

United States Trustee
33 Whitehall Street
New York, New York 10004

                                                                 /s/ Lois Rosemarie Esposito
                                                                 Lois Rosemarie Esposito

Sworn to before me this
5th day of August, 2008

/s/ Jeffrey L. Sapir
Jeffrey L. Sapir
Notary Public, State of New York
No. 60-8764500
Qualified in Rockland County
Cert. Filed in Westchester County
Term Expires: 12/31/10